UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>MARUYASU INDUSTRIES CO., LTD., )<br>CURTIS-MARUYASU AMERICA, INC., )<br>TADAO HIRADE, )<br>KAZUNORI KOBAYASHI, )<br>SATORU MURAI, and )<br>YOSHIHIRO SHIGEMATSU, )<br>)<br>Defendants. )<br>) | Criminal No. 1:16-CR-64<br><br>Violation: 15 U.S.C. § 1<br><br>Hon. Susan J. Dlott (U.S.D.J.) |

ORDER OF DISMISSAL

This matter comes before the Court upon United States' Motion to Dismiss. Upon review of the motion, and for the reasons stated therein, the Court GRANTS United States' Motion to Dismiss.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the Indictment (Doc. 1) is DISMISSED with prejudice as to Curtis-Maruyasu America, Inc., Tadao Hirade, Kazunori Kobayashi, and Yoshihiro Shigematsu.

IT IS FURTHER ORDERED THAT the arrest warrants issued as to Tadao Hirade (Doc. 29), Kazunori Kobayashi (Doc. 30), and Yoshihiro Shigematsu (Doc. 32) be terminated and withdrawn.

IT IS SO ORDERED.

Date: May 31, 2018

THE HONORABLE SUSAN J. DLOTT
UNITED STATES DISTRICT JUDGE